IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIONOGI & CO., LTD., HOFFMANN-LA ROCHE INC., and GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC. and ALVOGEN PB RESEARCH & DEVELOPMENT LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-161 (MN) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 15th day of October 2024;

WHEREAS, on September 23, 2024, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 89) recommending the Court deny Defendants' motion for leave to amend their answer and counterclaim to allege new defenses and counterclaims regarding unenforceability of certain patents-in-suit (D.I. 85, 87, 88);

WHEREAS, no party filed objections to the recommendation pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the September 23, 2024 Report and Recommendation is ADOPTED. Defendants' motion for leave to amend is DENIED without prejudice.

_____
The Honorable Maryellen Noreika
United States District Judge